IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM B. PAULK,

    Plaintiff,

vs.                                CASE NO. 5:09cv78/RS-MD

JACKSON COUNTY CORRECTIONAL
FACILITY,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 7). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed without prejudice.

3. The clerk is directed to close the file.

**ORDERED** on May 28, 2009.

          /S/ Richard Smoak
          **RICHARD SMOAK**
          **UNITED STATES DISTRICT JUDGE**